Mirna J. Scheffy  (SBN 263919)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
345 California Street, Suite 2850
San Francisco, California 94104-2606
T 415.766.3200 | F 415.766.3250
Email: *mscheffy@hptylaw.com*

Ronald G. Polly, Jr.  (Georgia Bar No. 583264)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308
T 404.614.7400 | F 404.614.7500
Email: *rpolly@hptylaw.com*
(to be admitted *pro hac vice*)

Attorneys for Defendant
OZARK AUTOMOTIVE DISTRIBUTORS, INC., d/b/a O'REILLY
AUTO PARTS

**Mayall Hurley**
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone (209)477-3833
Fascimile (209) 473-4818
**Nicholas J. Scardigli**
CA State Bar No. 249947
**John P. Briscoe**
CA State Bar No. 273690

Attorneys for Plaintiff Kristen Tiffany

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN TIFFANY,<br><br>           Plaintiff,<br><br>vs.<br><br>OZARK AUTOMOTIVE DISTRIBUTORS, INC.<br>d/b/a/ O'REILLY AUTO PARTS; and DOES 1-100, inclusive,<br><br>           Defendants. | Case No. 2:13-CV-00926 LKK (KJN)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND DISCOVERY AND LAW AND MOTION DEADLINES** |

It is hereby ordered that the Joint Motion and Stipulation to Extend Discovery and Law and Motion Deadlines is GRANTED.

The last day to complete discovery is October 4, 2014.

The last day for law and motion hearings is December 4, 2014.

1

**[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND DISCOVERY DEADLINES**

1  Dated: July 25, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT